**COMMISSIONER OF INTERNAL REV-
ENUE, Petitioner,**

v.

**KANE CHEVROLET CO., Inc.,
Respondent.**

**No. 5635.**

United States Court of Appeals
First Circuit.

March 24, 1960.

Charles K. Rice, Asst. Atty. Gen., De-
partment of Justice, Washington, D. C.,
for petitioner.

Robert S. Judge, Phister & Judge,
Boston, Mass., for respondent.

PER CURIAM.

Upon stipulation, it is ordered that the
petition for review, 32 T.C. 596, herein
be, and the same hereby is, dismissed;
and further

It is ordered that mandate herein issue
forthwith.